UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CASE NO. 5:10CV-176-R

JULIE L. SOWASH, et al.,            )
                                    )
                                    )
         PLAINTIFFS,                )
                                    )
VS.                                 )
                                    )
                                    )   Electronically Filed
                                    )
CHRISTIAN COUNTY BOARD OF           )
EDUCATION,                          )
                                    )
         DEFENDANT.                 )

**AMENDED ANSWER TO COMPLAINT**

Defendant, Christian County Board of Education, by counsel, for its answer to the complaint filed herein, states as follows:

**FIRST DEFENSE**

1.    The complaint fails to state a claim upon which relief may be granted.

**SECOND DEFENSE**

2.    The defendant denies the allegations made in the first, second, fifth, seventh, eighth, ninth, and tenth literary sentences of numerical paragraph 1 of the complaint.

3. The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations made in the third, fourth, and sixth literary sentences of numerical paragraph 1 of the complaint.

4. The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations made in numerical paragraphs 2, through 11 of the complaint.

5. The defendant admits the allegations made in numerical paragraph 12 of the complaint.

6. The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations made in numerical paragraphs 13 through 15 of the complaint.

7. The defendant does not make a specific response to numerical paragraph 16 of the complaint as there are no specific allegations to which a response is required.

8. The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations made in numerical paragraphs 17 through 23 of the complaint.

9. The defendant denies the allegations made in numerical paragraph 24 of the complaint.

10. The defendant does not make a specific response to numerical paragraph 25 of the complaint as there are no specific allegations to which a response is required.

11. The defendant denies the allegations made in numerical paragraph 26 of the complaint.

12. The defendant denies that the plaintiffs are entitled to the relief requested in the complaint.

13. The defendant denies each and every allegation not specifically admitted to herein.

### THIRD DEFENSE

14. The defendant pleads failure to join a party required by FRCP 19. Specifically, the Commonwealth of Kentucky, by and through the Kentucky Department of Education, Kentucky Board of Education, Commissioner of Education, School Facilities Construction Commission, and the Kentucky Attorney General, is a necessary party pursuant to FRCP 19.

### FOURTH DEFENSE

15. The defendant pleads applicable statutes of limitations as an affirmative defense.

### FIFTH DEFENSE

16. The defendant pleads adherence to applicable portions of the Kentucky Revised Statutes including, without limitation, KRS 157.420, KRS 157.620, KRS 157.622, KRS 156.070, and KRS 157.440, and any and all applicable provisions of the Kentucky Administrative Regulations, including those found in Title 702 of the Kentucky Administrative Regulations, including without limitation 702 KAR 4.005-.180.

## SIXTH DEFENSE

17. This defendant pleads the applicable provisions of the Ninth, Tenth, and Eleventh Amendments to the United States Constitution as defenses.

## SEVENTH DEFENSE

18. The defendant pleads immunity, absolute, qualified, and good faith as a defense to this action.

## EIGHTH DEFENSE

19. The defendant pleads waiver and estoppel as defenses.

## NINTH DEFENSE

20. The defendant states that it has at all times relevant hereto acted with a rational basis in the formulation of facility plans as a defense.

WHEREFORE, the Defendant, Christian County Board of Education, respectfully demands the following relief:

A. Dismissal of the complaint with the Plaintiffs to recover none of the relief requested;

B. An award of its legal costs and expenses incurred herein, including legal fees; and

C. Any and all other relief to which the defendant may be entitled.

Dated, this 13th day of December, 2010.

/s/ Jack N. Lackey Jr.
DEATHERAGE, MYERS & LACKEY, PLLC
701 South Main Street
P. O. Box 1065
Hopkinsville, KY 42241-1065
Telephone:   270-886-6800
Facsimile:    270-885-7127
Counsel for Defendant, Christian County
Board of Education

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that this document was electronically filed through the ECF system, which will send a notice of electronic filing to the following counsel of record, this 13th day of December, 2010.

Jason E. Holland
511 West Ninth Street
P. O. Box 540
Hopkinsville, KY  42241-0540
Counsel for Plaintiffs

/s/ Jack N. Lackey Jr.

5