UNITED STATES DISTRICT COURT
for the
WESTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| JULIE L. SOWASH, MARIA SANCHEZ, SARABETH EDWARDS, LORINDA S. HARRIS, JENNIFER R. TAYLOR, MICHAEL P. RIEBOLD, WHITNEY ODELL, JUAN J. ARRIAZA, MELISSA I .BAILEY, MICHAEL BARNETT ) ) ) ) ) ) | Civil Action No. |
| Plaintiffs | |
| v. | |
| CHRISTIAN COUNTY BOARD OF EDUCATION ) ) ) | |
| SERVE: Superintendent: Brady Link, 200 Glass Avenue Hopkinsville Ky. 42240 ) ) ) | |
| Defendants | |

**DEFENDANT, CITY OF OAK GROVE, KENTUCKY'S
RULE (26)(a)(1) INITIAL DISCLOSURES**

**COMES NOW**, the Plaintiffs, Julie L. Sowash, Maria Sanches, Sarabeth Edwards, Lorinda S. Harris, Jennifer R. Taylor, Michael P. Riebold, Whitney Odell, Juan J. Arriaza, Melissa I. Bailey, Michael Barnett, by counsel, and submit the following pursuant to Fed. R. Civ. P. 26(a)(1):

(A)    <u>Individuals with Discoverble Information that the Plaintiffs May Use to Support its claims or defenses.</u>

(1)    Michael Barnett, 212 New Gritton Ave., Oak Grove; Nicholas Bencze, 976 Van Buren Ave., Oak Grove; Brad Blattel, 554 Thompsonville Lane, Oak Grove; Wayne Bristol, 175 Illinois Ave., Oak Grove; Timothy Buckley, 712 Shetland

Ave., Oak Grove; Danny Cervantes, 623 Kerri Lane, Oak Grove; Donnie Combs, 811 Pembroke Oak Grove Rd., Oak Grove; Isaac Hughey, 1594 Hannibal Dr., Oak Grove; Marti Domerese, 302 Pappy Drive, Oak Grove; James Weston, 133 Oak Tree Dr., Oak Grove; Julie Duffy, 529 Gainey Drive, Oak Grove; Andrew Elias, 245 Arkansas Ave., Oak Grove; Lorinda Harris, 406 Pacific, Oak Grove; Karen Lenis, Oak Grove; Marlon Pate, 1211 Patton Place, Oak Grove; Mae Raymond, 359 Meadow Lane, Oak Grove; Maria Sanchez, 1043 Bush Ave., Oak Grove; Patrick Shaut, 1340 E Rhett Butler Ave., Oak Grove; Maya Smith, 210 Pappy Drive, Oak Grove; William Stolteburg, Oak Grove; Scott B. Albertson, Oak Grove; Brandon L. Albrecht, 1179 Patton Place, Oak Grove; Juan Arriaza, 1375 Thompsonville Lane, Oak Grove; Chevy Bailey, 438 Pacific Ave, Oak Grove; Carmon L. Bell, 316 Belew St., Oak Grove; James Bendlin, Oak Grove; Daria Bishop, Oak Grove; Cyndi Bobby, Oak Grove; Benjamin Bohl, 125 Bumpus Mills Rd., Oak Grove; James Bryant, 137 Mace Lane, Oak Grove; Tenesha L. Bussell, Oak Grove; Rebecca Burgess, 139 New Gritton Ave., Oak Grove; Shirley Caccia, Oak Grove; Michael Connour, 532 Gainey Drive, Oak Grove; Adrian Cortez, 946 Hugh Hunter Rd., Oak Grove; Coral Crossley, 307 Jennifer St. #28, Oak Grove; Marion Mudd, 127 Gail St., Oak Grove; Daniel Davis Jr., 106 Bowers Ct., Oak Grove; Donald Davis Jr., 317 Bumpus Mills Rd., Oak Grove; Earl Deming, Oak Grove; Ravesh Dixon, 647 Artic Ave., Oak Grove; William Doyal, 1205 Patton Place, Oak Grove; Elmer Dudley, 102 Wassom Court, Oak Grove; Juan Dzul, Oak Grove; Eric Ebeling, 211 Grant, Oak Grove; John Edwards, 102 Sidney Court, Oak Grove; Tinniecy Edwards, Oak Grove; Jimmy Evans, 203 Golden Pond, Oak Grove; Vance Evans, 643 artic Ave., Oak Grove; Erica Frtiz, Oak Grove; Charles Frtiz, 1207 Carol Drive, Oak Grove;

Jasmaine Fryerson, Oak Grove; Keron Glasgow, 729 Shetland Dr., Oak Grove; Robert Gray, Oak Grove; Amanda Gulledge, 967 Van Buren Ave., Oak Grove; Victor Guzman, 1047 Bush Ave., Oak Grove; Joseph Hall, 1008 Caroline St., Oak Grove; Anthony Harris, 1166 Max Court, Oak Grove; Devin Henry, 1260 Chinook Circle, Oak Grove; Jessica Higgins, Oak Grove; Amber Hite, 9351 Pembroke Oak Grove Rd., Oak Grove; Kent Holmes, 928 Linda Dr., Oak Grove; William Hoover, 932 Van Buren, Oak Grove; Darrell Huffman, Oak Grove; Michael Huycke, 145 Arkansas Ave., Oak Grove; Christina Jackson, 261 New Gritton Ave., Oak Grove; Matthew Jeffries, 1002 Cooper Dr., Oak Grove; Christine Jennett, Oak Grove; Lakisha Johnson, 1319 Hugh Hunter Rd., Oak Grove; Sara Johnson, Oak Grove; Timothy Johnson, 1178 Patton Place, Oak Grove; Bradley Keb, 1145 Max Court, Oak Grove; Wesley King, 1032 Bush Ave., Oak Grove; Jeremy Le, 105 Indiana Ave., Oak Grove; Timothy Leh, 602 Millie Dr., Oak Grove; Nickolas Lehman, 1013 Bush Ave., Oak Grove; Julio Lopez, 305 Ruf Dr., Oak Grove; Jeff Locklear, 145 Alabama Ave., Oak Grove; Jonathan Lonar, 1822 Carneal Lane, Oak Grove; Montie Long, 338 Atlantic Ave., Oak Grove; Henry Lovelace, 36 Idlewood Spur, Oak Grove; Hector Lugo, 1134 Keith, Oak Grove; Kendra Mackroy, 605 Kerri Lane, Oak Grove; Ruth Maduka, Oak Grove; Toni Mall, 624 Avondale Rd., Oak Grove; Dennis McDowell, 1158 Patton Place, Oak Grove; Boyd Mick, 1501 Thompsonville Lane, Oak Grove; Brian Miller, Oak Grove; Billy Miller Sr., 802 Monroe Lane, Oak Grove; Crystal Miller, Oak Grove; Jaime Miranda, 812 Monroe Lane, Oak Grove; Amy Moery, 237 Bumpus Mills Rd., Oak Grove; Mellisia Moore, 1020 Poppy Seed, Oak Grove; Tiron Moore, 258 Mandarin Dr., Oak Grove; Andrew Negron, 1007 Cooper Dr., Oak Grove; John Nichols, 1062 Shadow Ridge, Oak Grove; Thomas Nichols, 320

Belew St., Oak Grove; Jan Obrien, 509 Katie St., Oak Grove; Phillip Odell, 310 Grant Ave., Oak Grove; Kim Paris, 321 Atlantic, Oak Grove; Michael Riebold, 1505 Thompsonville Lane, Oak Grove; Ian Reid, 411 Sideline Dr., Oak Grove; Derric Rice, 926 Van Buren Ave., Oak Grove; Stephen Rickard, 1004 Poppyseed Dr., Oak Grove; Joshua Rickerson, Oak Grove; Federico Rodriguez, 1049 Bush Ave., Oak Grove; Lawrence Rosser, 215 Missouri Ave., Oak Grove; Daniel Sanchez, 108 Brandi Court, Oak Grove; Lynette Sandoval, 9351 Pembroke Oak Grove Rd., Oak Grove; Lavito Saulsberry, 104 Chase Court, Oak Grove; Aaron Savage, 519 Gainey Dr., Oak Grove; Edward Schaub, 1936 Timberline Circle, Oak Grove; David Schneck, 307 Man O War Dr., Oak Grove; Alan Scott, 2060 Carneal Lane, Oak Grove; Dexter Shutt, 11181 Patton Place, Oak Grove; James Sisco, Oak Grove; Antonio Smith, 253 New Gritton Ave., Oak Grove; Avory Solomon, 1018 Poppy Seed Dr., Oak Grove; Julie Sowash, 413 Stein St., Oak Grove; Wayman Stevenson, 202 New Gritton Ave., Oak Grove; Cody Stewart, 1399 Good Hope Cemetery Rd., Oak Grove; Dayna Swann, Oak Grove; Kenneth Taylor, 107 Sidney Court, Oak Grove; Dean Thomas, 205 New Gritton Ave., Oak Grove; Kobi Thompson, Oak Grove; Deshannon Thornton, Oak Grove; Lonnie 408 Eddy St., Oak Grove; Todaro, Eric Torres, 1993 Timberline Circle, Oak Grove; Robert Torres, 253 Treeline, Oak Grove; Karl Upchurch, 807 Shetland Dr., Oak Grove; Earl Stewart, 807 Shetland, Oak Grove; Edward Vaughn, 115 Karen Ct., Oak Grove; Roberto Vieras, 510 Indian Ave., Oak Grove; Heather Wacker, Oak Grove; Joseph Wells, 919 Stateline Rd., Oak Grove; Nathan Willie, 401 Pacific Ave., Oak Grove; John Renna, 518 Gainey Dr., Oak Grove; Charles Cutler, 515 Gainey Dr., Oak Grove; Angel Rosa, 516 Gainey Dr., Oak Grove; Larry Fleisher, 517 Gainey Dr., Oak Grove; Duane

Nickerosn, 410 Eddy St., Oak Grove; Kale Coldshow, 1981 Timberline Circle, Oak Grove; James Whitaker, 1952 Timberline Circle, Oak Grove; Joshua Davis, 236 Golden Pond, Oak Grove; Trevor Morris, Oak Grove; Ashley Wright, 317 Jennifer, Oak Grove; January Berrios, 733 Shetland Dr., Oak Grove;

>   (2)   Any person identified in any record produced or otherwise disclosed in this case, from whatever source.
>
>   (3)   Any persons identified by the parties in their Rule 26(a)(1) disclosures or by the parties in subsequent discovery responses.
>
>   (4)   Plaintiffs reserve the right to supplement this disclosure.

(B) <u>Damages.</u>

The Plaintiffs do not claim any damages in this case.

(C) <u>Insurance Agreements</u>

Disclosure of information regarding insurance agreements pursuant to Fed. R. Civ. P. 26(a)(1)(D) is not applicable to the Plaintiffs in this matter.


/s/ Jason E. Holland
Jason E. Holland
511 West 9th Street
P.O. Box 540
Hopkinsville, KY 42241
(270) 886-9794
(270) 886-9795 (facsimile)
j.holland@hollandlaw.org
**Attorney for Plaintiffs**