UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CASE NO. 5:10CV-176-R

| | |
|---|---|
| JULIE L. SOWASH, et al., ) | |
| ) | |
| ) | |
| PLAINTIFFS, ) | |
| ) | |
| VS. ) | |
| ) | |
| ) | Electronically Filed |
| CHRISTIAN COUNTY BOARD OF ) | |
| EDUCATION, ) | |
| ) | |
| DEFENDANT. | |

**MOTION FOR SUMMARY JUDGMENT**

Defendant, Christian County Board of Education, by counsel, moves this court for summary judgment for the following reasons:

1. There is no genuine dispute of material fact and the defendant is entitled to judgment in its favor as a matter of law.

2. The plaintiffs have failed to produce any evidence to support an equal protection claim under the Fourteenth Amendment to the United States Constitution.

3. The plaintiffs have failed to produce any evidence of irreparable harm for which there is no adequate remedy at law.

4. The plaintiffs have failed to produce any evidence of disparate impact or treatment.

5. The plaintiffs have failed to produce any evidence of intentional, invidious discrimination.

6. The defendant's District Facilities Plan was adopted in accordance with the applicable state statutes and regulations.

7. The District Facilities Plan is rationally related to a legitimate governmental interest.

8. By failing to join the Kentucky Department of Education and the Kentucky Board of Education, the plaintiffs have failed to join an indispensable party to this action.

9. As the defendant's District Facilities Plan was formally adopted by the Kentucky Board of Education on June 11, 2009, the Plaintiffs' claim is barred by the applicable one-year statute of limitations.

10. The plaintiffs are not students and have not brought this action as next friend of any student. As such, plaintiffs lack standing to prosecute the claims asserted in the complaint.

WHEREFORE, defendant, Christian County Board of Education, respectfully requests that this court enter summary judgment in its favor, dismissing the complaint in its entirety, with prejudice.

Dated, this 20th day of September, 2011.

/s/ Jack N. Lackey Jr.
DEATHERAGE, MYERS & LACKEY, PLLC
701 South Main Street
P. O. Box 1065
Hopkinsville, KY 42241-1065
Telephone:   270-886-6800
Facsimile:    270-885-7127
Counsel for Defendant, Christian County
Board of Education

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that this document was electronically filed through the ECF system, which will send a notice of electronic filing to the following counsel of record, this 20th day of September, 2011.

Jason E. Holland
511 West Ninth Street
P. O. Box 540
Hopkinsville, KY  42241-0540
Counsel for Plaintiffs

/s/ Jack N. Lackey Jr.

3