UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CASE NO. 5:10CV-176-R

| | |
|---|---|
| JULIE L. SOWASH, et al., | ) |
| | ) |
| | ) |
| PLAINTIFFS, | ) |
| | ) |
| VS. | ) |
| | ) |
| | )   Electronically Filed |
| CHRISTIAN COUNTY BOARD OF EDUCATION, | ) |
| | ) |
| | ) |
| DEFENDANT. | |

**NOTICE OF FILING EXHIBIT INDEX**

Defendant, Christian County Board of Education, by counsel, hereby files with this court the attached Exhibit Index, as part of the Motion for Summary Judgment and all attachments which were filed with this court on September 21, 2011.

So noticed, this 22nd day of September, 2011.

/s/ Jack N. Lackey Jr.
DEATHERAGE, MYERS & LACKEY, PLLC
701 South Main Street
P. O. Box 1065
Hopkinsville, KY 42241-1065
Telephone:   270-886-6800
Facsimile:    270-885-7127
Counsel for Defendant, Christian County
Board of Education

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that this document was electronically filed through the ECF system, which will send a notice of electronic filing to the following counsel of record, this 22nd day of September, 2011.

Jason E. Holland
511 West Ninth Street
P. O. Box 540
Hopkinsville, KY  42241-0540
Counsel for Plaintiffs

                                              /s/ Jack N. Lackey Jr.