UNITED STATES DISTRICT COURT
for the
WESTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| JULIE L. SOWASH, MARIA SANCHEZ, ) <br> SARABETH EDWARDS, LORINDA S. ) <br> HARRIS, JENNIFER R. TAYLOR, ) <br> MICHAEL P. RIEBOLD, WHITNEY ) <br> ODELL, JUAN J. ARRIAZA, MELISSA ) <br> I .BAILEY, MICHAEL BARNETT          ) | Civil Action No. 5:10CV-176-R |

Plaintiffs

v.

CHRISTIAN COUNTY BOARD    )
OF EDUCATION                           )
                                                      )
SERVE: Superintendent: Brady Link,    )
200 Glass Avenue Hopkinsville Ky.    )
42240                                               )
              Defendants

### AGREED ORDER OF DISMISSAL

**WHEREAS**, this case was initiated by the filing of a Complaint on October 1, 2010; and

**WHEREAS,** subsequent to the filing of said compliant, and by and through the mutual discovery exchanged by the parties, it has been determined that the Defendant's Facility Plan, which is the formal document establishing a school district's plans for the placement, construction and/or renovation of school buildings, was approved by the Commonwealth of Kentucky by and through the Kentucky Board of Education on or about June 20, 2009; and

**WHEREAS**, the parties agree that this action is governed by an applicable statute of limitations of one (1) year; and

**WHEREAS**, as a result of the fact that the parties have learned, subsequent to the filing of said Complaint, that said cause of action is time-barred, said parties agree that the Plaintiff's Complaint should be dismissed with prejudice; and

**WHEREAS**, the parties further agree that each of them should bear their own costs, including attorney's fees, associated with this action.

**NOW, THEREFORE,** All parties, by and through their respective attorneys, having represented to the Court that all matters in controversy between them have now been settled and the court being sufficiently advised;

**IT IS HEREBY ORDERED AND ADJUDED** that the above styled action be and the same is hereby dismissed with prejudice.  Each party hereto shall be responsible for its own attorney's fees and cost associated with this action.

**SO ORDERED,** this _____ day of _____, 2011

**HAVE SEEN AND AGREED:**

<u>*/s/ Jason E. Holland*</u>
Jason E. Holland
511 West 9th Street
P.O. Box 540
Hopkinsville, KY 42241
(270) 886-9794
(270) 886-9795 (facsimile)
j.holland@hollandlaw.org
**Attorney for Plaintiffs**

<u>*/s/ Jack N. Lackey Jr.*</u>
Hon. Jack Lackey, Jr.
701 South Main Street
P.O. Box 1065
Hopkinsville, KY 42241
(270) 886-6800
(270) 885-7127 (facsimile)
jlackey@dmlfirm.com
**Attorney for Defendant**